IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES SACKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:18-cv-00637-ALM |
| | § | |
| CENTRAL CREDIT SERVICES, LLC | § | |
| and QUESTCARE MEDICAL | § | |
| SERVICES, PLLC, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, James Sackey, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Central Credit Services, LLC *n/k/a* Radius Global Solutions, LLC, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ *Shawn Jaffer*
Shawn Jaffer (TX Bar # 24107817)
Shawn Jaffer Law Firm PLLC
15950 Dallas Parkway, Suite 400
Dallas, TX 75248
Telephone: (214) 210-0730
Facsimile: (214) 594-6100
Email: shawn@jafflaw.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via CM/ECF upon the following:

Charles R. Penot, Jr.
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3055
Email: cpenot@sessions.legal
*Attorney for Central Credit Services, LLC n/k/a Radius Global Solutions, LLC*

                                                                          */s/ Shawn Jaffer*
                                                                          Shawn Jaffer