IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES SACKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:18-cv-00637-ALM |
| | § | |
| CENTRAL CREDIT SERVICES, LLC | § | |
| and QUESTCARE MEDICAL | § | |
| SERVICES, PLLC, | § | |
| | § | |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff James Sackey ("Plaintiff") and Defendants Central Credit Services, LLC and Questcare Medical Services, PLLC ("Defendants") hereby stipulate and agree that Plaintiff's Complaint and all causes of action against Defendants are voluntarily dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED: February 6, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Shawn Jaffer | /s/ Charles R. Penot, Jr. |
| Shawn Jaffer (TX Bar # 24107817) | Charles R. Penot, Jr. (TX Bar # 24062455) |
| Shawn Jaffer Law Firm PLLC | Sessions, Fishman, Nathan & Israel, LLC |
| 15950 Dallas Parkway, Suite 400 | 900 Jackson Street, Suite 440 |
| Dallas, TX 75248 | Dallas, Texas 75202 |
| Telephone: (214) 210-0730 | Telephone: (214) 741-3009 |
| Facsimile: (214) 594-6100 | Facsimile: (214) 741-3055 |
| Email: shawn@jafflaw.com | Email: cpenot@sessions.legal |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via CM/ECF upon all counsel of record.

/s/ *Shawn Jaffer*
Shawn Jaffer