# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JAMES SACKEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:18-cv-00637 |
| § | |
| CENTRAL CREDIT SERVICES, LLC § | |
| and QUESTCARE MEDICAL § | |
| SERVICES, PLLC, § | |
| § | |
| Defendants. § | |

## ORDER

Upon stipulation of the parties (Dkt. #19), the court hereby orders that this case is DISMISSED with prejudice, with the parties to bear their own costs. All other relief is denied.

This is a final order, and the Clerk is directed to close this civil action.

**SIGNED this the 14th day of February, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE